IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARCUS TYLER SHEFFIELD, TORY ROBINSON, | § § § § § | |
| *Plaintiffs,* | § § § | SA-25-CV-01442-XR |
| vs. | § § § | |
| TYSON FOODS, INC.,  TYSON FARMS, INC.,  HILLSHARE BRANDS COMPANY, DONNIE KING, MELVIN FULSON, SHANNON JANDORF, BRIAN ENGELHARDT, JOHN PONTIUS, SAMANTHA SPEIGHTS, CECILIA PEREZ, BECCA BURKETT, KIMBERLY HERRERA, TREVOR WHITTINGTON, MATT MAUK, JESS CHADDICK, ZENIFF FLORES, TREVOR BARKER, CRAIG DENTON, JESSICA BECERRA, PRECIOUS JOHNSON, FRED WOODS, | § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

**ORDER SETTING SCHEDULING CONFERENCE**

Before the Court is the above-styled and numbered cause of action, which on April 15, 2026, was referred to the undersigned for mediation [#73].  In order to schedule the mediation, the undersigned will hold a scheduling conference.  The participants in the videoconference should be prepared to discuss the availability of the parties and counsel to attend a mediation session in early July and whether they would prefer to have it held in person or via Zoom.  They should also confer on whether a half-day or full-day mediation is required.

**IT IS THEREFORE ORDERED** that this case is set for a scheduling conference at **2:00 p.m. Central Time on June 2, 2026**.  Counsel for all parties are **required to appear by Zoom** for the conference.  The information to join the conference is as follows:

1

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Judge Chestney's Courtroom Deputy at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them.  Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS SO ORDERED.**

SIGNED this 22nd day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE