**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARCUS SHEFFIELD and<br>TORY ROBINSON,<br><br>        Plaintiffs<br><br>v.<br><br>TYSON FOODS, INC., TYSON FARMS,<br>INC., HILLSHIRE BRANDS COMPANY,<br>DONNIE KING, MELVIN FULSON,<br>SHANNON JANDORF, BRIAN<br>ENGELHARDT, JOHN "TRENT"<br>PONTIUS, SAMANTHA SPEIGHTS,<br>CECILIA PEREZ, BECCA BURKETT,<br>KIMBERLY HERRERA, TREVOR<br>WHITTINGTON, MATT MAUK, JESS<br>CHADDICK, ZENIFF FLORES, TREVOR<br>BARKER, CRAIG DENTON, JESSICA<br>BECERRA, PRECIOUS JOHNSON, AND<br>FRED WOODS,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-25-CV-1442-XR |

**DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE A SURREPLY IN**
**OPPOSITION TO PLAINTIFF SHEFFIELD'S MOTION FOR PARTIAL SUMMARY**
**JUDGMENT**

Defendants respectfully move for leave to file the surreply attached hereto as Exhibit 1 in opposition to Plaintiff Marcus Sheffield's Motion for Partial Summary Judgment on Count XIII (ECF No. 69). Leave is warranted because Plaintiff's Reply (ECF No. 79) introduced new legal theories, new evidence, and new evidentiary objections that were not raised in his Motion and to which Defendants have had no opportunity to respond. In support, Defendants state:

1. On April 13, 2026, Plaintiff filed his Motion for Partial Summary Judgment. (ECF No. 69.)

2. On May 14, 2026, Defendants filed their Response in Opposition (ECF No. 77), supported by Exhibits A–D.

1

326250437v.1

3.   On May 28, 2026, Plaintiff filed his Reply (ECF No. 79), which introduced new arguments and legal theories not raised in his Motion, attached new evidence not included with his Motion, and lodged an evidentiary objection to Defendants' Exhibit D.

4.   Although the Local Rules of the Western District of Texas do not provide for surreplies as a matter of right, courts in this District have granted leave to file a surreply where the reply brief raises new arguments or evidence. *See Great American Insurance Company v. Midland Chin Baptist Church, Inc.*, Civ. No. MO:20-CV-025-DC, 2021 WL 12093302 (W.D. Tex Jan 24, 2021) (granting plaintiff's motion for leave to file surreply to address defendant's arguments raised in reply); *Ranch v. City of San Antonio*, Civ. No. SA-10-CV-316-XR, 2011 WL 13114906 (W.D. Tex. Sept. 29, 2011) (granting plaintiff's motion for leave to file surreply to defendant's motion for summary judgment).

5.   A surreply is necessary in this matter because Plaintiff's Reply raises three new issues: 1) an equitable estoppel theory, 2) Plaintiff's new prejudice argument, and 3) an evidentiary objection to Defendants' Exhibit D. The attached surreply is limited to these issues, does not reargue matters already briefed, and is supported by the Declaration of Mary Fletcher (Ex. E to the Surreply), which provides sworn foundation for the Plan's administrative structure and the proper recipient of statutory document requests.

6.   Granting leave will not prejudice Plaintiff or delay resolution of his Motion. To the contrary, allowing Defendants to address the new arguments and evidence will ensure the Court has a fully developed record on which to decide the Motion.

7.   WHEREAS, Defendants respectfully request that the Court grant leave to file the attached Surreply, deem the Surreply filed as of the date of the Court's order granting leave, and grant any other relief to which Defendants may be entitled.

2

DATED:  June 3, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ Linda C. Schoonmaker

Linda C. Schoonmaker
lschoonmaker@seyfarth.com
TX Bar No. 17806300
Dena Moghtader
dmoghtader@seyfarth.com
TX Bar No. 24127997
SEYFARTH SHAW LLP
700 Milam Street
Suite 1400
Houston, Texas  77002-2812
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340

Attorneys for Defendants

3

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with *pro se* Plaintiffs on June 3, 2026 regarding the contents of this Motion and they are opposed to this Motion.

_Linda C. Schoonmaker_
Linda C. Schoonmaker

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing document will be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record. A courtesy copy will be emailed to the Plaintiffs:

Marcus Sheffield
209 Alligator Creek
Seguin, Texas 78155
(817) 298-8551
mtylersheffield@gmail.com

*Plaintiff, Pro Se*

Tory Robinson
1130 E. Ledbetter Drive, Apt 109
Dallas, Texas 75216
(469) 559-6670
toryrobinson445@yahoo.com

*Plaintiff, Pro Se*

_Linda C. Schoonmaker_
Linda C. Schoonmaker

4

326250437v.1