**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARCUS SHEFFIELD and TORY ROBINSON, | § § § § § § § | |
| Plaintiffs | | |
| v. | | Case No. SA-25-CV-1442-XR |
| TYSON FOODS, INC., TYSON FARMS, INC., HILLSHIRE BRANDS COMPANY, DONNIE KING, MELVIN FULSON, SHANNON JANDORF, BRIAN ENGELHARDT, JOHN "TRENT" PONTIUS, SAMANTHA SPEIGHTS, CECILIA PEREZ, BECCA BURKETT, KIMBERLY HERRERA, TREVOR WHITTINGTON, MATT MAUK, JESS CHADDICK, ZENIFF FLORES, TREVOR BARKER, CRAIG DENTON, JESSICA BECERRA, PRECIOUS JOHNSON, AND FRED WOODS, | § § § § § § § § § § § § § § § | |
| Defendants. | | |

**JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

1. On June 2, 2026, the Parties appeared before Judge Chestney for a scheduling conference regarding mediation in this matter. The mediation was set for August 28, 2026, subject to the availability of Defendants' representative.

2. Defendants' designated representative is unavailable on August 28, 2026, as she will be out of the country on that date.

3. The Parties have conferred and jointly request that the mediation be rescheduled to August 24, 2026, a date on which all necessary participants are available.

WHEREAS, the Parties respectfully request that the Court set the mediation in this matter for August 24, 2026.

Block DocID

DATED:  June 8, 2026                              Respectfully submitted,


By: _____

Linda C. Schoonmaker
lschoonmaker@seyfarth.com
TX Bar No. 17806300
Dena Moghtader
dmoghtader@seyfarth.com
TX Bar No. 24127997
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas  77002-2812
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340

**Attorneys for Defendants**



/s/ Donna McElroy (signed with
permission)
Donna McElroy
dmcelroy@dykema.com
TX Bar No. 13582050
DYKEMA GOSSETT PLLC
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5272


**Attorney for Plaintiffs for purposes of
Settlement Conference**

2

Block DocID

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record. A courtesy copy will be emailed to the Plaintiffs:

Marcus Sheffield
209 Alligator Creek
Sequin, Texas 78155
(817) 298-8551
mtylersheffield@gmail.com

*Plaintiff, Pro Se*

Tory Robinson
1130 E. Ledbetter Drive
Dallas, Texas 75126
(469) 559-6670
toryrobinson445@yahoo.com

*Plaintiff, Pro Se*

Linda C. Schoonmaker

3