**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SHEFFIELD and ROBINSON, | § | |
| Plaintiffs, | § | |
| v. | § | SA:25-CV-1442-XR (HJB) |
| TYSON FOODS, INC., et al., | § | |
| Defendants. | § | |

---

**UNOPPOSED MOTION FOR LEAVE TO FILE A REBUTTAL IN SUPPORT OF**

**PLAINTIFF SHEFFIELD'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

**TO THE HONORABLE MAGISTRATE JUDGE HENRY J. BEMPORAD:**

Plaintiff Marcus Sheffield ("Plaintiff"), proceeding *pro se*, respectfully moves this Court for leave to file a Rebuttal (Sur-Surreply) in response to Defendants' Surreply in Opposition to Plaintiff's Motion for Partial Summary Judgment on Count XIII [ECF No. 84]. Plaintiff requests a deadline of **June 29, 2026**, to file this Rebuttal.

---

**I. PROCEDURAL BACKGROUND**

1. On April 13, 2026, Plaintiff filed his Motion for Partial Summary Judgment regarding Defendants' failure to provide ERISA Plan Documents [ECF No. 69].

1

2. Following Defendants' Response [ECF No. 77] and Plaintiff's Reply [ECF No. 79], Defendants filed an Opposed Motion for Leave to File a Surreply [ECF No. 80], which this Court granted via text order on June 4, 2026.

3. Defendants' Surreply [ECF No. 84] introduced new evidentiary material—specifically, the Declaration of Mary Fletcher [ECF No. 80-2]—and raised new arguments addressing Plaintiff's claims of prejudice and equitable estoppel.

## II. ARGUMENT AND GOOD CAUSE

Pursuant to Local Rule CV-7(f)(1), absent leave of court, no further submissions on a motion are allowed after a reply. Good cause exists to grant leave in this instance because Defendants used their Surreply to introduce a new sworn declaration (Mary Fletcher) into the summary judgment record.

Basic fairness and due process dictate that Plaintiff be afforded a final opportunity to respond to the newly submitted evidence and the specific arguments raised in Defendants' Surreply before the Court takes the dispositive motion under advisement. Allowing this Rebuttal will ensure the Court has a fully developed and balanced record upon which to decide the merits of the statutory ERISA penalty.

## III. RELIEF REQUESTED

Plaintiff respectfully requests that the Court grant this Motion and permit Plaintiff to file his Sur-Surreply (Rebuttal) on or before **June 29, 2026**.

**DATED:** June 17, 2026

2

Respectfully Submitted,

*/s/ Marcus T. Sheffield*

**Plaintiff**, *Pro Se*

## CERTIFICATE OF CONFERENCE

I hereby certify that, I conferred with Defendants' lead counsel, Linda Schoonmaker, on June 10, 2026, regarding the relief requested in this Motion. Ms. Schoonmaker advised via email that Defendants "assert there are no grounds for Plaintiff's filing a rebuttal but will not oppose the motion for leave to file a rebuttal." Therefore, this Motion is filed as **UNOPPOSED**.

*/s/ Marcus T. Sheffield*

**Plaintiff**, *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, a true and correct copy of the foregoing was served via electronic mail on the following:

| | | |
|---|---|---|
| Linda C. Schoonmaker lschoonmaker@seyfarth.com | **Seyfarth Shaw LLP** |
| Dena Moghtader dmoghtader@seyfarth.com | Counsel for *Defendants* |
| Tory Robinson toryrobinson445@yahoo.com | *Co-Plaintiff, Pro se* |

*/s/ Marcus T. Sheffield*

**Plaintiff**, *Pro Se*

3